**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CaaStle, Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 25-11187 (BLS) |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee for the bankruptcy estate of CaaStle, Inc.,<br><br>Plaintiff,<br>v.<br><br>Jaswinder Pal Singh, individually and in his capacity as Trustee of the Singh Revocable Trust, and John Does 1-10,<br><br>Defendants. | Adv Pro. No. 26-50216 (BLS) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on June 25, 2026 a copy of *Defendant Jaswinder Pal Singh's Initial Disclosures Pursuant to Federal Rule of Bankruptcy 7026* were served upon the following counsel via electronic mail:

| | |
|---|---|
| Peter C. Hughes, Esq.<br>Dilworth Paxson LLP<br>800 N. King Street, Suite 202<br>Wilmington, DE 19801<br>Email: phughes@dilworthlaw.com | Jack Small, Esq.<br>One Liberty Place<br>1650 Market St., Suite 1200<br>Dilworth Paxson LLP<br>Philadelphia, PA 19103<br>Email: jsmall@dilworthlaw.com |

Dated: June 25, 2026

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*<u>/s/ Christopher M. Lambe</u>*
Robert S. Brady (No. 2847)
Christopher M. Lambe (No. 6846)
Katherine Majewski (No. 7623)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: rbrady@ycst.com
clambe@ycst.com
kmajewski@ycst.com

*Counsel to Defendant Jaswinder Pal Singh*