**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | x | Chapter 7 |
| CaaStle Inc., | : | |
| | : | Case No. 25-11187 (BLS) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| GEORGE L. MILLER, solely in his capacity as chapter 7 trustee for the bankruptcy estate of CaaStle Inc., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Georgiy Goldenberg a/k/a George Goldenberg, individually and in his capacity as Trustee of the Goldenberg Trust Established September, 2017, Svetlana K. Goldenberg, in her capacity as Trustee of the Goldenberg Trust Established September, 2017, and John Does 1-10, | : | Adv. Pro. No.: 26-50215 (BLS) |
| | : | |
| Defendants. | : | |
| v. | : | |
| | : | |
| Jaswinder Pal Singh, individually and in his capacity as Trustee of the Singh Revocable Trust, and John Does 1-10, | : | Adv. Pro. No.: 26-50216 (BLS) |
| | : | |
| Defendants. | : | |
| | x | |

**FIRST STATUS REPORT ON OPEN ADVERSARY ACTIONS SUBJECT TO
SCHEDULING ORDER**

Plaintiff files the attached status report providing a status of the above-referenced

adversary actions in connection with the Court's Case Scheduling Order.

Dated: July 29, 2026

**DILWORTH PAXSON LLP**

*/s/ Peter C. Hughes*

Peter C. Hughes (No. 4180)
800 N. King Street, Suite 202
Wilmington, DE 19801
Telephone:      302-571-9800
Facsimile:      302-571-8875
Email:          phughes@dilworthlaw.com

and

Peter C. Hughes
Jack Small
1650 Market St., Suite 1200
Philadelphia, PA 19103
Telephone:      (215) 575-7000
Facsimile:      (215) 754-4603
Email:          phughes@dilworthlaw.com
Email:          jsmall@dilworthlaw.com

*Attorneys for George L. Miller, Chapter 7 Trustee,*
*Plaintiff*

#125754395v1                    2

### STATUS "A"

### ACTIONS WHERE SERVICE HAS NOT BEEN COMPLETED:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

## STATUS "B"

## ACTIONS WHERE SERVICE IS COMPLETE, BUT ANSWERS ARE STILL DUE:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None. | | |

## STATUS "C"

## ACTIONS WHERE SERVICE IS COMPLETE, NO ANSWERS HAVE BEEN FILED, THEREFORE, PLAINTIFF IS REQUESTING DEFAULT JUDGMENT:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|-----------|------------------|--------|
| None. | | |

## STATUS "D"

## ACTIONS WHERE A SETTLEMENT AGREEMENT HAS BEEN FILED WITH THE COURT; UPON FILING OF CERTIFICATE OF NO OBJECTION, CASES CAN BE CLOSED:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None. | | |

## STATUS "E"

## ACTIONS HAVE BEEN RESOLVED/SETTLED, BUT NOTICES/STIPULATIONS OF DISMISSAL CANNOT YET BE FILED:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|-----------|------------------|--------|
|           |                  |        |

## STATUS "F"

## ACTIONS WHERE SERVICE IS COMPLETE, ANSWERS HAVE BEEN FILED, THEREFORE, DISCOVERY/DISCLOSURES ARE ONGOING:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| Georgiy Goldenberg a/k/a George Goldenberg, individually and in his capacity as Trustee of the Goldenberg Trust Established September, 2017, Svetlana K. Goldenberg, in her capacity as Trustee of the Goldenberg Trust Established September, 2017, and John Does 1-10 | 26-50215 | This matter is ongoing. |
| Jaswinder Pal Singh, individually and in his capacity as Trustee of the Singh Revocable Trust, and John Does 1-10 | 26-50216 | This matter is ongoing. |

## STATUS "G"

## ACTIONS WHERE NOTICES OF SELECTION OF MEDIATOR HAVE BEEN FILED:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

## STATUS "H"

## ACTIONS READY FOR TRIAL:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|-----------|------------------|--------|
| None | | |

# STATUS "I"

## ACTIONS WHERE DISPOSITIVE MOTIONS ARE PENDING:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

12

### STATUS "J"

### CASES STAYED BY THE FILING OF ANOTHER BANKRUPTCY ACTION / SUGGESTION OF BANKRUPTCY FILED OR REQUIRED:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

## STATUS "K"

## ACTIONS WHERE AN APPEAL IS PENDING:

| DEFENDANT | ADVERSARY NUMBER | STATUS |
|---|---|---|
| None | | |

## <u>CERTIFICATE OF SERVICE</u>

I, Christine A. Tomlin, Paralegal, hereby certify that on July 29, 2026, a true and correct copy of the foregoing *Status Report on Open Adversary Actions* was filed electronically with notice of the electronic filing issued through the Court's Case Management/Electronic Case Filing System.

Dated: July 29, 2026

*/s/ Christine A. Tomlin*
Christine A. Tomlin, Paralegal

#125754395v1